UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CALDWELL AND PARTNERS, INC., as sponsor of and on behalf of the Caldwell and Partners, Inc. 401(k) Plan, | § § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION No. 3:17-CV-03459-N |
| VANTAGE BENEFITS ADMINISTRATORS, INC., JEFFREY RICHIE, WENDY RICHIE, AND RSM US, LLP, | § § § § § | |
| *Defendants*. | § | |

# JUDGMENT

Having reviewed the Motion for Default Judgment (the "Motion") filed by Caldwell and Partners, Inc. ("CPI") as sponsor of and on behalf of the Caldwell and Partners, Inc. 401(k) Plan (the "Plan") [Doc. No. 15], the evidence attached thereto, the pleadings on file in this matter, and the clerk of court's Entries of Default against Vantage Benefits Administrators, Inc. ("Vantage") and Jeffrey A. Richie ("J. Richie") [Doc. Nos. 11 & 14], the Court is of the opinion the Motion should be GRANTED.

It is therefore ordered and adjudged that the Plan shall recover from Vantage and J. Richie jointly and severally in the amount of $10,170,452.00 for actual damages.

It is further ordered and adjudged that the Plan shall recover from Vantage and J. Richie jointly and severally in the amount of $297,836.75 for attorneys fees and costs.

It is further ordered and adjudged that the Plan shall recover post judgment interest at the applicable rate pursuant to 28 U.S.C. § 1961.

Pursuant to Fed. R. Civ. P. 54(b), the Court expressly determines that there is no just reason for delay and directs the clerk of court to enter this as a final judgment as to Vantage and J. Richie on all claims asserted against them.

Signed this 8th day of March, 2018.

*David C. Godbey*
David C. Godbey
United States District Judge